

**ROBINS KAPLAN** LLP

2121 AVENUE OF THE STARS  
SUITE 2800  
LOS ANGELES, CA 90067

310 552 0130 TEL  
310 229 5800 FAX  
ROBINSKAPLAN.COM

LEE ANN C. THIGPEN  
612 349 0191 TEL  
LTHIGPEN@ROBINSKAPLAN.COM

November 1, 2023

**Via ECF**

Honorable Dale E. Ho  
United States District Court Judge  
Southern District of New York  
40 Foley Square  
New York, NY 70007

Re: *Lakshmi, LLC et al. v. Starr Surplus Lines Company*  
Case No. 1:23-07636 (DEH) (the "Lakshmi Action")  
Joint Letter from Counsel

Dear Judge Ho:

On or about August 28, 2023, Plaintiffs commenced the subject insurance coverage action arising out of alleged damage sustained as a result of Hurricane Ida to various real property locations insured under policy of insurance SLSTPTY11503121 issued by defendant, Starr Surplus Lines Company ("Starr") (the "Policy"). Plaintiffs are purported insureds under the Policy.

Previously, on February 7, 2023, an entity called "My Investments LLC" filed an insurance coverage action against Starr arising out of the same alleged damage sustained by the same locations as a result of Hurricane Ida ("My Investments Action").[1] In other words, the claims in previously filed My Investments Action are identical to those asserted in the Lakshmi Action and also arise out of the Policy. My Investments LLC is the named insured on the Policy. The My Investments Action is currently pending in the United States District Court for the Southern District of New York and bears case number: 1:23-cv-04229-VEC.

Plaintiffs in these lawsuits intend to move to consolidate the subject Lakshmi Action with the My Investments Action. Starr does not object to the proposed motion to consolidate (subject to and without waiving its affirmative defenses). Plaintiffs anticipate filing the motion to consolidate in the next seven days.

On October 12, 2023, this Court ordered the parties to prepare and submit a joint letter, Civil Case Management Plan and Scheduling Order by November 8, 2023 and to appear for an Initial Pre-Trial Conference on November 15, 2023. The parties respectfully request that the Court

---

[1] The My Investments Action was originally filed in the United States District Court for the Eastern District of Louisiana and was later transferred the United States District Court for the Southern District of New York.

---

**Application GRANTED.** The deadline to file the required status letter and case management plan is **STAYED** and the conference scheduled for November 15, 2023, is **ADJOURNED**, pending resolution of the anticipated motion for consolidation. So Ordered.

*/s/ Dale E. Ho*  
Dale E. Ho  
United States District Judge  
Dated: November 2, 2023  
New York, New York

November 1, 2023
Page 2

stay these requirements and deadlines pending resolution of the forthcoming motion to consolidate. Permitting this stay will serve to conserve judicial resources since the subject action will not proceed before your Honor if consolidated with the existing My Investments Action where the parties have already engaged in the initial pre-trial processes.

 Counsel is available at the Court's convenience to respond to any questions or to discuss further.

        Sincerely,

        */s/ John Fezio*

        John Fezio
        Counsel for the Plaintiff


        */s/ Lee Ann Thigpen*
        */s/ Taylore E. Karpa Schollard*

        Lee Ann Thigpen
        Taylore E. Karpa Schollard
        Counsel for Defendant Starr Surplus Lines